| | |
|---|---|
| [x] Recording requested by a return to:<br>Rebecca A. Caley, Bar No. 131997   9900-771<br>CALEY & ASSOCIATES<br>265 S. Randolph Avenue<br>Suite 270<br>Brea, CA  92821-5777<br>714/529-1400 Ph          714/529-1515 Fx | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>Cindy Diem Hong La,<br><br>                                           Debtor | CASE NUMBER  8:10-bk-24220-TA<br><br>ADVERSARY NUMBER  8:11-ap-01024-TA |
| Financial Services Vehicle Trust<br><br>                                           Plaintiff<br>                       vs.<br>Cindy Diem Hong La aka Cindy La<br><br><br>                                           Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:
   a. Name and address    Cindy Diem Hong La aka Cindy La
   
                         14800 Brownstone Lane
   
                         Westminster, CA  92683-5915

                                   [ ] Address Unknown

   b. Driver's License No.    XXXX0832 CA                                    [ ] Unknown

   c. Social Security No.     XXX-XX-5329                                    [ ] Unknown

2. The Summons was personally served at, or mailed to (address):
   14800 Brownstone Lane, Westminster, CA   92683-5915

3. [ ] Information regarding additional judgment debtors is shown on reverse side.

Dated:  March 23, 2012                        _Rebecca A. Caley_ (signed)
                                              (Signature of Judgment Creditor or Attorney)
                                              Rebecca A. Caley

(Continued on Reverse Side)

Revised February 2010                                                        BK-2008

Abstract of Judgment - Page Two

| (SHORT TITLE) | CHAPTER 7 |
|---|---|
| In re<br>Cindy Diem Hong La,                                Debtor. | ADVERSARY NO: 8:11-ap-01024-TA |

4. I certify that in the above-entitled action and Court, Judgment /Amended was entered on March 19, 2012

    Financial Services Vehicle Trust, by and through its
    in favor of   servicer, BMW Financial Services NA, LLC   and against   Cindy Diem Hong La aka Cindy La

    for  $ _____63,802.28_____  Principal,

        $ _____10,750.20_____  Interest,

        $ _____13,437.00_____  Attorney's Fees, and

        $ _____380.52_____  Costs.

A lien in favor of a judgment creditor is:

[x]  not endorsed on the judgment.

[ ]  endorsed on the judgment as follows:

    1. Amount $ _____

    2. In favor of (name) _____

A stay of execution has:

[ ]  not been ordered by the Court.

[ ]  been ordered by the Court effective until (date): _____

Attested this ___27th___ day of ___March, 2012___

(SEAL)

KATHLEEN J. CAMPBELL                    /s/ Kathleen J. Campbell
**Clerk of the Bankruptcy Court**

By ___/s/ Ima Shimizu___
                   Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____

*Revised February 2010*

Case 8:11-ap-01024-TA Doc 47 Filed 03/19/12 Entered 03/19/12 11:55:59 Desc
Main Document Page 1 of 5

1 Rebecca A. Caley (CA Bar No. 131997)
Tina M. Starr (CA Bar No. 231309)
2 CALEY & ASSOCIATES
265 S. Randolph Avenue, Suite 270
3 Brea, California 92821-5777
714/529-1400 Telephone
4 714/529-1515 Facsimile
rcaley@caleylaw.com
5 9900-771

6

7 Attorneys for Plaintiff,
Financial Services Vehicle Trust

8

**FILED & ENTERED**

**MAR 19 2012**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber DEPUTY CLERK

9 UNITED STATES BANKRUPTCY COURT

10 CENTRAL DISTRICT OF CALIFORNIA

11 Santa Ana Division

12

| | |
|---|---|
| 13 In re | ) Case No. 8:10-bk-24220-TA |
| 14 Cindy Diem Hong La, | ) Chapter 7 |
| 15 Debtor. | ) Adv. Case No. 8:11-ap-01024-TA |
| 16 | ) |
| 17 Financial Services Vehicle Trust, by and through its servicer, BMW Financial Services NA, LLC, | ) AMENDED JUDGMENT |
| 20 Plaintiff, | ) |
| 21 v. | ) |
| 22 Cindy Diem Hong La aka Cindy La, | ) [No Hearing Date Set] |
| 23 Defendant. | ) |

26 Pursuant to plaintiff Financial Services Vehicle Trust, by and through its

27 servicer, BMW Financial Services NA, LLC's ("Plaintiff") Motion for Summary

28 Judgment filed against defendant Cindy Diem Hong La aka Cindy La ("Defendant"),

1

which was granted in part and denied in part pursuant to the Order Granting and Denying Motion for Summary Judgment entered in the records of this Court on January 6, 2012,

   IT IS HEREBY ORDERED AND ADJUDGED that the judgment entered in the action entitled "*Financial Services Vehicle Trust v. Cindy La,*" filed in the Orange County Superior Court of the State of California, Central Justice Center, Case No. 30-2009-00300894, on April 30, 2010, in the total sum of $63,802.28, is excepted from discharge and judgment shall be entered in favor of Plaintiff and against defendant Cindy Diem Hong La aka Cindy La in the following sums:

| | |
|---|---|
| State Court Judgment | $63,802.28 |
| Accrued Interest | $10,750.20 |
| (Calculated at the California pre-judgment interest rate of 10% per annum at $17.48 per diem from 4/30/10- 1/05/12 (615 days)) | |
| Attorneys' Fees | $13,437.00 |
| Costs | $   380.52 |
| Total Judgment: | $88,370.00 |

   IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff is awarded court costs in the sum of $380.52 and attorneys' fees in the sum of $13,437.00, pursuant to its bill of costs and motion for attorneys' fees which were unopposed.

IT IS FURTHER ORDERED AND ADJUDGED that the total judgment amount which includes accrued interest, attorneys' fees and costs entered in this matter is excepted from discharge in this bankruptcy case and in any future bankruptcy case filed by or against the Defendant under 11 U.S.C. §§ 523(a)(2)(B) and 523(a)(2)(A) and that post-judgment interest is to accrue at the prevailing federal rate.

###

DATED: March 19, 2012

*Theodor C. Albert*
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 years and not a party to this bankruptcy case or adversary proceeding. My business address is: 265 S. Randolph Avenue, Suite 270, Brea, California 92821-5777.

The foregoing document described as **AMENDED JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the following document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On February 29, 2012, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEFENDANT'S ATTORNEY – U.S. MAIL
Alex L. Benedict, 17111 Beach Blvd., Suite 201, Huntington Beach, CA   92647

TRUSTEE - U.S. MAIL
Jeffrey I. Golden (TR), P.O. Box 2470, Costa Mesa, CA   92628-2470

U.S. TRUSTEE - U.S. MAIL
United States Trustee (SA), 411 W. Fourth Street, Suite 9041, Santa Ana, CA 92701-4593

JUDGE'S COPY – U.S. MAIL
Hon. Theodor Albert, USBC, 411 W. Fourth Street, Suite 5085, Santa Ana, CA  92701-4593

☐ Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/29/2012 | Kana I. Law | /s/ Kana I. Law |
|---|---|---|
| Date | Type Name | Signature |

4

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **AMENDED JUDGMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below.

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the document. As of___2/29/2012 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Alex L. Benedict: alexbenedict2000@yahoo.com, gaeliclaw@gmail.com
Rebecca A. Caley: rcaley@caleylaw.com
Lazaro E. Fernandez: lef17@pacbell.net, lef-karina@pacbell.net; lef-liz@pacbell.net
Jeffrey I. Golden (TR): ljones@wgllp.com, jgolden@ecf.epiqsystems.com
United States Trustee (SA): ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page